**No. 43163.**—Protests 998364–G, etc., of Ritter Carlton Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pencil sharpeners similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.